David KNIERIEM, Plaintiff/Appellant,

v.

John F. EILERMANN, Jr.,
Defendant/Respondent.

No. ED 85875.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 20, 2005.

David C. Knieriem, Law Offices of David C. Knieriem, Clayton, Appellant Acting Pro Se.

John W. Moticka, Jane E. Dueker, Nathan J. Plumb, Stinson Morrison Hecker LLP, St. Louis, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY, J., BOOKER T. SHAW, J.

*ORDER*

PER CURIAM.

Plaintiff appeals from the trial court's judgment dismissing his libel action with prejudice for failure to state a claim. No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).